```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15342
   LAZANDER KOZES WILLIAMS
   MICHELLE LYNN WILLIAMS                   CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-2312    SSN XXX-XX-5242


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/23/2007 and was not confirmed.

      The case was dismissed without confirmation 12/03/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSECURED         772.20          .00           .00
GMAC                      UNSECURED        4992.66          .00           .00
WELLS FARGO BANK NA       CURRENT MORTG       .00           .00           .00
WELLS FARGO BANK NA       MORTGAGE ARRE  10500.00           .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        7156.30          .00           .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED          .00           .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC  17090.00           .00        375.00
DRIVE FINANCIAL SERVICES  UNSECURED         462.59          .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY          657.82          .00           .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY    NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          824.93          .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED          .00           .00
FREEDOM CARD GOLD MASTER  UNSECURED         454.53          .00           .00
ASSOC INVESTMENT CORP     UNSECURED      NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        9238.07          .00           .00
WASHINGTON MUTUAL/PROVID  NOTICE ONLY    NOT FILED          .00           .00
CACH LLC                  UNSECURED        6282.24          .00           .00
BLITT & GAINES            UNSECURED      NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2446.13          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         466.86          .00           .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY    NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED        1139.99          .00           .00
FIRST CASH ADVANCE        UNSECURED      NOT FILED          .00           .00
FIRST CONSUMERS NATIONAL  UNSECURED      NOT FILED          .00           .00
PREMIER BANKCARD          UNSECURED         375.73          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         437.72          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         450.06          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         484.96          .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED          .00           .00
FIRST NATIONAL BANK OF M  NOTICE ONLY    NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         630.30          .00           .00
SHELL/CITI                NOTICE ONLY    NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED          .00           .00
FINGERHUT CREDIT ADVANTA  NOTICE ONLY    NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED          .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 15342 LAZANDER KOZES WILLIAMS & MICHELLE LYNN WILLIAMS
```

```
BLATT HASENMILLER LEIBSK NOTICE ONLY   NOT FILED              .00           .00
TARGET                   NOTICE ONLY   NOT FILED              .00           .00
ARONSON FURNITURE        UNSECURED         60.82              .00           .00
NCO FINANCIAL SYSTEMS    UNSECURED     NOT FILED              .00           .00
NICOR GAS                UNSECURED        366.03              .00           .00
PAYDAY LOAN STORE        UNSECURED     NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC UNSECURED     NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED        368.11              .00           .00
CHARTER ONE BANK         NOTICE ONLY   NOT FILED              .00           .00
CHARTER ONE NA           NOTICE ONLY   NOT FILED              .00           .00
CSAC/ED FUNDING ACCOUNTI UNSECURED       9473.93              .00           .00
SALLIE MAE               UNSECURED     NOT FILED              .00           .00
ROUNDUP FUNDING LLC      UNSECURED        100.00              .00           .00
MCI                      NOTICE ONLY   NOT FILED              .00           .00
US DEPT OF EDUCATION     UNSECURED       4657.61              .00           .00
US ATTORNEYS OFFICE      NOTICE ONLY   NOT FILED              .00           .00
VICTORIAS SECRET         UNSECURED     NOT FILED              .00           .00
WASHINGTON MUTUAL/PROVID UNSECURED     NOT FILED              .00           .00
PAYDAY LOAN STORE        PRIORITY         338.51              .00           .00
GMAC                     UNSECURED       7306.66              .00           .00
WORLD FINANCIAL NETWORK  UNSECURED        555.42              .00           .00
B-REAL LLC               UNSECURED        430.62              .00           .00
ILLINOIS DEPT OF REVENUE UNSECURED        124.47              .00           .00
INTERNAL REVENUE SERVICE UNSECURED       4988.88              .00           .00
ASPEN-S GOLD MASTER CARD UNSECURED        454.53              .00           .00
LEDFORD & WU             DEBTOR ATTY    2,500.00                        2,500.00
TOM VAUGHN               TRUSTEE                                          197.31
DEBTOR REFUND            REFUND                                         1,523.15

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,595.46

PRIORITY                                           .00
SECURED                                         375.00
UNSECURED                                          .00
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                            197.31
DEBTOR REFUND                                 1,523.15
                    ---------------       ---------------
TOTALS                   4,595.46             4,595.46
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 03/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```